UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

        Plaintiff,                      Criminal No. 07-331 (RHK/RLE)

      v.                           **ORDER FOR EXTENSION OF**
                                           **TIME TO FILE OBJECTIONS**
JERRY STEVEN WUOTILA,            **AND POSITION PLEADINGS**

        Defendant.

---

Michelle E. Jones, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Caroline Durham, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

The Defendant's Motion for Extension of Time is GRANTED.

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by March 17, 2008; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by March 24, 2008.


Dated:   2/27/08                                s/Richard H. Kyle
                                                      Honorable Richard H. Kyle
                                                      United States District Court Judge